UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31765 |
|---|---|
| KENNETH KERNS | (Chapter 13) |
| ELIZABETH KERNS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105878**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 24 | UNITED TELEPHONE COMPANY OF OH<br>BOX 872967<br>KANSAS CITY, MO  64817 | 15.68 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/4/2011

Certificate of Service     08-31765

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

KENNETH KERNS
ELIZABETH KERNS
913 CENTER AVE
SIDNEY, OH 45365

ERIK BLAINE
126 NORTH MAIN AVENUE
P O BOX 987
SIDNEY, OH 45365

(21.1n)
AMERICREDIT FINANCIAL SERVICES
BOX 183853
ARLINGTON, TX 76096

(27.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN 56302

(1006.1n)
OHIO DEPT OF TAXATION
% RAYMOND PIKNA JR.
600 VINE ST STE 2500
CINCINNATI, OH 45202

(24.1)
UNITED TELEPHONE COMPANY OF OH
BOX 872967
KANSAS CITY, MO 64817

(24.3)
UNITED TELEPHONE COMPANY OF OH
BOX 7971
SHAWNEE MISSION, KS 66207

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv